IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH GOULD,<br><br>*Plaintiff*<br><br>v.<br><br>NEW ORLEANS CARRIAGE CAB CORPORATION,<br><br>*Defendant* | CIVIL ACTION NO. 18-817<br><br><br><br>JUDGE: SSV<br><br>MAGISTRATE: KWR |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On September 20, 2018 the parties filed a Joint Stipulation of Dismissal with Prejudice. Having found just cause for entry, this Court DISMISSES the instant action WITH PREJUDICE, with each party to bear their own costs.

SO ORDERED this 24th day of September, 2018.

_Sarah Vance_
JUDGE